KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO MENDOZA,<br><br>                    Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia Corporation, and DOES I-X<br><br>                    Defendants. | CASE NO: 3:23-cv-00605-MMD-CSD<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff GILBERTO MENDOZA and Defendant OLD DOMINION FREIGHT LINE, INC., by and through their respective counsel of record, that Plaintiff's claims against Defendant are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

16029.0002

Dated this  19th  day of March 2024.

MESSNER REEVES LLP

_/s/ Karie N. Wilson_
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
kwilson@messner.com
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
702-363-5100 Phone
*Attorneys for Defendant*

Dated this  7th  day of March 2024.

JENSEN PERSONAL INJURY LAW

_/s/ Robert R. Jensen_
ROBERT R. JENSEN, ESQ.
Nevada Bar No. 2558
bob@jenseninjurylawyers.com
emma@jenseninjurylawyers.com
222 California Avenue
Reno, Nevada 89509
775-333-7555 Phone
*Attorneys for Plaintiff*

## ~~(PROPOSED)~~ ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

IT IS HEREBY ORDERED THAT the claims asserted by Plaintiff GILBERTO MENDOZA against Defendant OLD DOMINION FREIGHT LINE, INC are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

_____
U.S. District Court Judge

Respectfully submitted by:

MESSNER REEVES LLP

_/s/ Karie N. Wilson_
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
KWilson@messner.com
*Attorneys for Defendant*

16029.0002